UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 8:21-mj-01039-JSS

Charging District
Case No. n/a

DION RAJEWSKI/

### ORDER HOLDING DEFENDANT TO ANSWER
### AND TO APPEAR IN DISTRICT OF PROSECUTION

Defendant, having appeared before this Court pursuant to Federal Rule of Criminal Procedure 5(c)(2), proceedings having been concluded, and Defendant released pending further proceedings:

**IT IS ORDERED** that Defendant be held to answer in the United States District Court for the District of Columbia and shall appear at all proceedings as required. Defendant shall next appear via Zoom Video before Magistrate Judge G. Michael Harvey on January 20, 2022 at 1:00 p.m.

**DONE** and **ORDERED** in Tampa, Florida, on January 13, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copy furnished to:
Counsel of Record